ADAM K. BULT, ESQ., Bar No. 9332
CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: abult@bhfs.com
Email: ckircher@bhfs.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAT COOPER AND ANN COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMERFUNDS INC., OPPENHEIMERFUNDS DISTRIBUTOR, INC., AND DOES 1-10 AND ROES 1-10, INCLUSIVELY,<br><br>Defendants. | CASE NO.: 2:11-cv-01889-ECR-RJJ<br><br>**STATEMENT REGARDING REMOVED CASE** |

Pursuant to this Court's minute order dated November 23, 2001 (Dkt. No. 3), Defendants OppenheimerFunds, Inc. ("OFI") and OppenheimerFunds Distributor, Inc. ("OFDI") (together "Defendants") state as follows:

1. Defendants received a copy of the complaint on October 26, 2011. *See* Notice of Removal (Dkt. No. 1) ¶ 1.

2. Defendants received a copy of the summons on October 26, 2011. *See id.*

3. There are no Defendants in this action who are citizens of Nevada. Defendant OFI is a citizen of Colorado and New York. *Id.* ¶ 12. Defendant OFDI is a citizen of New York. *Id.* ¶ 13. Does 1-10 and Roes 1-10 are defendants sued under fictitious names. For purposes of removal, the citizenship of such defendants "shall be disregarded." 28 U.S.C. § 1441(a). On information and belief, Plaintiffs Nat and Ann Cooper are citizens of Nevada. Notice of Removal ¶ 11. This case arises out of losses the plaintiffs allegedly suffered on their investments in the

Oppenheimer Champion Income Fund.  The amount in controversy exceeds $75,000 because Plaintiffs allege that they suffered losses of $108,000, and their account statements reflect that the value of their Champion Income Fund shares declined by more than $75,000 in the year 2008.  *Id.* ¶ 17.

  4. Defendants filed their Notice of Removal on November 22, 2011, less than 30 days after they first received a copy of the complaint and summons.

  5. This action was commenced in state court on October 21, 2011, less than one year before Defendants filed their Notice of Removal.

  6. Defendants are not aware of any other individual or entity that has been named or served in this action.

  DATED this 9th day of December, 2011.

       **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

       By: /s/ Adam K. Bult
        ADAM K. BULT, ESQ., Bar No. 9332
        abult@bhfs.com
        CHRISTOPHER D. KIRCHER., Bar No. 11176
        ckircher@bhfs.com
        BROWNSTEIN HYATT FARBER SCHRECK, LLP
        100 North City Parkway, Suite 1600
        Las Vegas, Nevada  89106
        Telephone:  702.382.2101
        Facsimile:   702.382.8135

       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DEFENDANTS' STATEMENT REGARDING REMOVED CASE** was served via electronic service on December 9, 2011 and to the addresses shown below:

David Liebrader, Esq.
LAW OFFICES OF DAVID LIEBRADER, APC
601 S. Rancho Drive, Ste. #D-29
Las Vegas, Nevada 89106

*Attorney for Plaintiffs*

      /s/ Erin Parcells
An Employee of Brownstein Hyatt Farber Schreck, LLP

15559\1\1621665.1

3