ADAM K. BULT, ESQ., Bar No. 9332
CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: abult@bhfs.com
Email: ckircher@bhfs.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAT COOPER AND ANN COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMERFUNDS INC., OPPENHEIMERFUNDS DISTRIBUTOR, INC., AND DOES 1-10 AND ROES 1-10, INCLUSIVELY,<br><br>Defendants. | CASE NO.: 2:11-cv-01889-ECR-RJJ<br><br><br><br>**JOINT STATUS REPORT** |

      Pursuant to the Court's November 23, 2011, Minute Order (docket # 3), Defendants OppenheimerFunds Inc. and OppenheimerFunds Distributor, Inc. (together "Defendants"), by and through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, and Plaintiffs Nat Cooper and Ann Cooper (together "Plaintiffs), by and through their counsel of record, The Law Offices of David Liebrader, APC, hereby file this Joint Status Report:

      1.      The Court has approved the parties' stipulation for an extension of time, up to and including January 6, 2012, for Defendants to answer or otherwise plead to Plaintiffs' Complaint;

      2.      There are no pending motions and/or other matters that require the attention of this Court at this time;

      3.      There is no action required to be taken by the Court at this time;

4. There are no pending motions, responses and replies thereto and/or any other matters requiring the Court's attention at this time that were not previously attached to the Notice of Removal.

DATED this 27th day of December, 2011.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Adam K. Bult
   ADAM K. BULT
   Bar No. 9332
   CHRISTOPHER D. KIRCHER, ESQ.,
   Bar No. 11176
   100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106
   *Attorneys for Defendants*

DATED this 27th day of December, 2011.

LAW OFFICES OF DAVID LIEBRADER, APC

By: /s/ David Liebrader
   DAVID LIEBRADER, ESQ.
   Bar No. 5048
   601 S. Rancho Drive, Ste. #D-29
   Las Vegas, Nevada 89106
   *Attorney for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101