DAVID LIEBRADER, ESQ.
STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER, APC
601 S. RANCHO DR. STE. D-29
LAS VEGAS, NV 89106
PH: (702) 380-3131
FX: (702) 380-3102
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER BETWEEN | Case No. 2:11 cv 01889 ECR-RJJ |
|---|---|
| Nat Cooper and Ann Cooper | NOTICE OF DISMISSAL |
| PLAINTIFFS, | |
| v. | |
| Oppenheimer Funds, Inc., a New York corporation, Oppenheimer Funds Distributor Inc., a New York corporation, LLC and DOES 1-10 and ROES 1-10, inclusively | |
| DEFENDANTS | |

TO ALL PARTIES, COUNSEL AND INTERESTED PERSONS, PLEASE TAKE NOTICE that Plaintiffs hereby dismiss this action with prejudice.

Dated: March 15, 2012      Respectfully submitted,

The Law Office of David Liebrader, Inc.

By: s/: David Liebrader
David Liebrader
Attorney for Plaintiffs